Wyatt Johnson, ISB: 5858
Michelle R. Points, ISB: 6224
ANGSTMAN JOHNSON
199 N. Capitol Blvd., Ste. 200
Boise, ID 83702
T | (208) 384-8588
F | (208) 629-2157
E | wyatt@angstman.com
　 mpoints@pointslaw.com

*Attorneys for Defendants Shawn Cutting and
Crypto Traders Management, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CRYPTO TRADERS MANAGEMENT, LLC, a dissolved Idaho limited liability company; and SHAWN CUTTING, an individual,<br><br>　　　　Movant,<br><br>vs.<br><br>UNITED STATE SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Respondent. | Case No.<br><br>**DECLARATION OF SHAWN CUTTING** |

I, Shawn Cutting, declare under penalty of perjury to the law of the State of Idaho that the following facts are true and correct.

1. I am a customer of Washington Federal Bank. My bank branch is in Sandpoint, Idaho. My bank records are being requested by the United States Securities and Exchange Commission ("SEC") through a subpoena, attached as Exhibit A to the motion filed with this Declaration.

2. My wife and I had two accounts at Washington Federal Bank. One is a savings account and one is a checking account. All accounts are personal. We opened these accounts because we were applying for a home loan through Washington Federal Bank and had to have an account in order to receive a home loan. Ultimately, we did not follow through with applying for a home loan because we decided not to buy a house. There has been no activity on the savings account and very little activity on the checking account.

3. The financial records sought by the SEC are not relevant to the legitimate law enforcement inquiry stated to me in the Customer Notice because the accounts I have at Washington Federal Bank are personal and confidential and have never held funds related to Crypto Traders Management, LLC, which is the subject of the SEC investigation.

DATED: January 5, 2021

By: <u>S/ Shawn Cutting</u>
    Shawn Cutting

# CERTIFICATE OF SERVICE

I declare under penalty of perjury that on the 5th day of January, 2021, I have mailed or delivered a copy of the attached Motion and sworn statement to the below listed individuals by the method indicated below:

Mary S. Brady
Assistant Regional Director
Denver Regional Office
Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO 80294-1961

[ ] Hand Delivered
[ x ] U.S. Mail, Postage Paid
[ ] Fax
[ ] Email
[ ] iCourt Filing

Richard M. Humes, Esq.
Associate General Counsel
Securities and Exchange Commission
100 F St., N.E.
Washington D.C 20549

[ ] Hand Delivered
[ x ] U.S. Mail, Postage Paid
[ ] Fax
[ ] Email
[ ] iCourt Filing

s/ Michelle R. Points
_____
Michelle R. Points